IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT SPEDDING, | ) | No. C 10-4278 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER DENYING |
| | ) | PLAINTIFF'S REQUEST FOR |
| v. | ) | EXTENSION OF TIME TO PAY |
| | ) | FILING FEE AS MOOT |
| RANDY GROUNDS, Warden | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | (Docket No. 4) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's request for an extension of time to pay the requisite filing fee in this case.

On January 21, 2011, the Court received Petitioner's filing fee. *See* docket no. 6. Petitioner's motion for extension of time to pay his filing fee is DENIED as moot.

This order terminates docket no. 4.

IT IS SO ORDERED.

DATED: __2/4/11__

_____
LUCY H. KOH
United States District Judge