IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZURI S.K. YOUNG, | ) | No. C 10-4278 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF TRANSFER |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

      Petitioner, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on September 22, 2010. Upon initial screening of the complaint and subsequent amended complaint, on January 31, 2011, the Court ordered Petitioner to re-file this action as a habeas petition because Petitioner challenged the constitutionality of the Three Strikes Law, thereby challenging the duration of his confinement. On February 14, 2011, Petitioner filed a federal petition for habeas corpus. He seeks habeas relief from his underlying criminal conviction and sentence from the Superior Court of San Bernardino, which lies in the Central District of California.

      Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, the Central District of California is the district of

Order of Transfer
P:\PRO-SE\SJ.LHK\HC.10\Young278trans.wpd

1  conviction.

2      Accordingly, this case is TRANSFERRED to the United States District Court for the
3  Central District of California, the district of Petitioner's conviction at issue in this petition. *See*
4  28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The Clerk shall terminate any pending motions
5  and transfer the entire file to the Central District of California.

6      IT IS SO ORDERED.

7  DATED: __3/31/11_____                    _____
8                                                             LUCY H. KOH
                                                           United States District Judge