# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZURI S.K. YOUNG, | ) | NO. ED CV 11-566-AHM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STATE OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 31, 2011.

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE